IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUN 12  P 5: 13

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ALABAMA ASSOCIATED GENERAL CONTRACTORS, INC.; AUTOMOTIVE AFTERMARKET FUND; WORKERSFIRST COMPFUND; THE ALABAMA SELF-INSURED WORKER'S COMPENSATION FUND; THE HEATHCARE WORKERS COMPENSATION SELF-INSURANCE FUND; THE ALABAMA WORKERS' COMPENSATION SELF-INSURANCE FUND; ALABAMA TRUCKING ASSOCIATION WORKER'S COMPENSATION SELF-INSURANCE FUND; and ASSOCIATION OF COUNTY COMMISSIONS SELF-INSURANCE FUND, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) |
| PFIZER, INC., successor in interest to WARNER-LAMBERT COMPANY; DAVID REYNOLDS LONGMIRE; jointly and individually, | )<br>)<br>)<br>) |
| Defendants. | ) |

CIVIL ACTION NO. 2:06 CV523-T

## CORPORATE DISCLOSURE STATEMENT

Pfizer Inc. files this Corporate Disclosure Statement as required by Rule 7.1(a) of the Federal Rules of Civil Procedure:

1. Pfizer Inc. has no parent companies and no publicly held corporation owns 10% or more of Pfizer Inc.'s stock.

1

DATED this 12th day of June 2006.

Respectfully submitted,

_____
Brian A. Wahl (WAH003)
One of the Attorneys for Pfizer Inc.

**OF COUNSEL:**

Fred M. Haston III (HAS012)
Andrew B. Johnson (JOH168)
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on:
**COUNSEL FOR PLAINTIFFS**

Steven A. Martino
W. Lloyd Copeland
TAYLOR MARTINO KUYKENDALL
Post Office Box 894
Mobile, Alabama 36601-0894

Charles H. Dodson
Joseph D. Steadman
DODSON & STEADMAN, P.C.
Post Office Box 1908
Mobile, Alabama 36633-1908

Gregory C. Cook
BALCH & BINGHAM, LLP
1901 6th Avenue North
Suite 2600
Birmingham, Alabama 35203

**DAVID REYNOLDS LONGMIRE, M.D.**
13150 Highway 43
Russellville, Alabama  35653

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to his regular mailing address, on this ___12th___ day of June 2006.

```
                                    _____
                                              OF COUNSEL
```