IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALABAMA ASSOCIATED GENERAL CONTRACTORS, INC.; AUTOMOTIVE AFTERMARKET FUND; WORKERSFIRST COMPFUND; THE ALABAMA SELF-INSURED WORKER'S COMPENSATION FUND; THE HEALTHCARE WORKERS COMPENSATION SELF-INSURANCE FUND; THE ALABAMA WORKERS' COMPENSATION SELF-INSURANCE FUND; ALABAMA TRUCKING ASSOCIATION WORKER'S COMPENSATION SELF-INSURANCE FUND; and ASSOCIATION OF COUNTY COMMISSIONS SELF-INSURANCE FUND,<br><br>    Plaintiffs,<br><br>v.<br><br>PFIZER, INC., successor in interest to WARNER-LAMBERT COMPANY; DAVID REYNOLDS LONGMIRE; jointly and individually,<br><br>    Defendants. | Civil Action No.:2:06-cv-00523-MHT-VPM |

## NOTICE OF APPEARANCE

COMES NOW Robert R. Riley, Jr., Kallie Chambers Lunsford, and the law firm of Riley & Jackson, P.C. and enters an appearance on behalf of the Plaintiffs in the above-styled matter.

_____
Robert R. Riley, Jr.
rob@rileyjacksonlaw.com

*Kallie Chambers Lunsford*
Kallie Chambers Lunsford
kallie@rileyjacksonlaw.com

OF COUNSEL:
**RILEY & JACKSON, P.C.**
1744 Oxmoor Road
Birmingham, AL 35209
Tel:   205-879-5000
Fax:   205-879-5901

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECH system which will send notification of such filing to the following counsel on this the ~~21st~~ 26th day of June, 2006.

Gregory Carl Cook
gcook@balch.com, cwicker@balch.com

W. Lloyd Copeland
lloyd@tmklegal.com, pamh@tmklegal.com

Fred M. (Tripp) Haston, III
thaston@bradleyarant.com, lhawkins@bradleyarant.com

Andrew Burns Johnson
ajohnson@bradleyarant.com

Steven Anthony Martino
stevemartino@tmhlawfirm.com, amy@tmhlawfirm.com

Joseph David Steadman
jds@dodsonsteadman.com, cwg@dodsonsteadman.com

Brian A. Wahl
bwahl@bradleyarant.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Charles H. Dodson
Dodson & Steadman
PO Box 1908
Mobile, AL 36633-1908

David Reynolds Longmire
13150 Highway 43
Russellville, AL 35653

/s/ Kallie Lunsford
Kallie Chambers Lunsford