IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALABAMA ASSOCIATED GENERAL CONTRACTORS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER, INC., etc., and DAVID REYNOLDS LONGMIRE, etc., <br><br> Defendants. | ) ) ) ) ) ) ) ) CIVIL ACTION NO. 2:06-cv-523-MHT ) ) ) ) ) ) ) |

## AFFIDAVIT OF FREDA BACON

Before me, the undersigned, a Notary Public in and for said County and State, personally appeared FREDA BACON, being first duly sworn, deposes and says on oath as follows:

My name is FREDA BACON. I am over the age of twenty-one and am of sound mind. The information contained in this affidavit is based on my personal knowledge.

1. I am employed by the Alabama Self-Insured Workers' Compensation Fund ("Alabama Fund"). I have been so employed since 1984. Currently, my title is Administrator of the Alabama Fund. As Administrator, I am the senior-most full-time employee of the Alabama Fund.

2. The Alabama Fund was created pursuant to Alabama Code § 25-5-9. The Alabama Department of Industrial Relations ("DIR") regulates the Alabama Fund. The Alabama Fund is composed of employers who have agreed to pool their workers' compensation liabilities.

845152.1



3. The Alabama Fund is not a corporation and has not filed any articles of incorporation with the Alabama Secretary of State, any county probate court or any other government authority. The Alabama Fund is governed by a Board of Trustees and operates pursuant to a set of Bylaws (a true and correct copy of which is attached hereto as Exhibit A).

4. Various entities apply to the Alabama Fund for membership. They must complete a membership agreement, wherein they agree to the Bylaws and governance of the Fund's affairs by the Board of Trustees. Under the DIR regulation and the membership agreement, each member is jointly and severally liable for the workers' compensation liabilities of all members.

5. DIR has issued regulations governing the operation of all workers' compensation pooling arrangements, including the Alabama Fund. These regulations begin at Administrative Code 480-5-3-.01.

6. The Alabama Fund is an unincorporated association, and is a voluntary group of members formed by mutual consent, acting together to advance a common purpose and objective, as explained in the attached Bylaws.

7. Among other things, the Bylaws establish the name, location, objective, purpose, fiscal year, and membership requirements of the Alabama Fund. They further provide for (a) termination of membership, (b) payments to the Alabama Fund, (c) an annual report, (d) meetings of the members and voting, (e) the procedures for establishing the Board of Trustees and their powers and duties, (f) the establishment of the officers of the Alabama Fund, (g) the finances of the Alabama Fund, including the establishment of banking accounts, and (h) audits of the Alabama Fund. The Alabama Fund has operated pursuant to these Bylaws.

8. Among the members of the Alabama Fund are over 2000 employers. Most of these employers are corporations. Several of these corporations are incorporated in Delaware. For instance, I am aware that the following corporations are members of the Alabama Fund: Hughes Beverage Co., Inc.; Alabama National Bancorporation; Coffman International, Inc.; Auburn National Bancorporation, Inc.; Colsa Corporation; W. J. Bullock, Incorporated; F.C.A. Properties, Inc.; Peoples Independent Bancshares, Inc.; Biocryst Pharmaceuticals, Inc.; Brownell Travel, Inc.; and Capitalsouth Bancorp.

FURTHER AFFIANT SAITH NOT.

_____
FREDA BACON

Sworn to and subscribed before me
on this the 23rd day of June, 2006.

_____
NOTARY PUBLIC

My Commission expires: 3-13-2010

845152.1                                3

# AMENDED AND RESTATED BY-LAWS
## OF THE
## ALABAMA SELF-INSURED WORKER'S COMPENSATION FUND



Alabama
Worker's
Compensation
Fund
Self-Insured
Sponsored by The Business Council of Alabama

# Amended and Restated By-Laws
## of the
## Alabama Self-Insured
## Worker's Compensation Fund

### ARTICLE I
### Name and Location

Section 1. **Name.** The name of this organization shall be the "Alabama Self-Insured Worker's Compensation Fund" (hereafter referred to as the "Fund").

Section 2. **Principal Office.** The principal office shall be located at 813 Shades Creek Parkway in Birmingham, Alabama. Other offices for the transaction of business shall be located at such places as the Board of Trustees may from time to time determine.

### ARTICLE II
### Purposes and Objectives

Section 1. **Objective.** The Fund shall be created and shall exist to provide for payment to Alabama employees for liability arising under the Alabama Workers' Compensation Act and the rules and regulations thereunder, as amended from time to time (hereafter referred to as the "Alabama Workers' Compensation Law").

Section 2. **Purpose.** The purpose of the Fund is to provide workers' compensation coverage substantially at cost to those employers who are duly admitted to membership in the Fund and remain so admitted.

Section 3. **By-Laws.** These By-Laws are adopted pursuant to the Application and Agreements as filed with the Alabama Department of Industrial Relations and the Alabama Department of Industrial Relations' rules and regulations governing Self-Insurer Funds under the Alabama Workers' Compensation Law.

### ARTICLE III
### Membership of the Fund

Section 1. **Membership.**

(a) Except as otherwise provided in this Article, the members of the Fund must be members of the Business Council of Alabama. Upon termination for any reason of the sponsorship relationship between the Business Council of Alabama and the Fund, the requirement of membership in the Business Council of Alabama by members of the Fund shall immediately cease. Within thirty (30) days of such termination, the Secretary shall send notice to each member of the

#520793v5



EXHIBIT D

Fund advising each that said membership is no longer necessary to participate in the Fund.

(b)  Application for membership in the Fund by prospective members shall be on a form approved by the Board of Trustees and acceptable to the Director of the Alabama Department of Industrial Relations. The Board of Trustees shall have the sole discretion in determining whether to approve or reject any such application. Upon approval, prospective members shall enter into a participation agreement with the Fund (the "Participation Agreement") which, among other things, establishes certain terms and conditions of membership.

Section 2.  Termination of Membership. The Board of Trustees shall have the power to terminate a member's membership in the Fund after thirty (30) days written notice (fifteen (15) days written notice if termination is for failure to make full and timely payment when due of any contributions or any other payment obligations) to such member and to the Director of the Alabama Department of Industrial Relations. Grounds for termination of membership shall include, but are not limited to, the following:

a. Failure to make full and timely contribution and other payments when due.

b. Failure to give prompt notification to the Service Organization of incidents, injuries, claims or suits for which the member may be responsible under Alabama Workers' Compensation Law.

c. Claims experience which is deemed excessive or otherwise detrimental to the Fund by the Board of Trustees.

d. Failure to abide by the terms and/or conditions of these By-Laws; the Alabama Workers' Compensation Law, including the rules and regulations of the Alabama Department of Industrial Relations; the Participation Agreement and any other contracts or agreements between the Fund and the member.

Any termination shall be effective as of the date provided in the notice of termination.

Section 3.  Payment of Contributions. Members of the Fund are required to pay contributions as established by the Board of Directors and approved by the Alabama Department of Industrial Relations and in accordance with the terms of the Participation Agreement. Each member of the Fund shall timely pay the full amount of such invoiced contributions by check made payable to the Fund.

#52079v5

2

ARTICLE IV
Fiscal Year

The Fund shall operate on a fiscal year which begins on January 1 and ends on December 31 of each year.

ARTICLE V
Annual Report

Annually, a report submitting a statement of the experience of the Fund during the preceding year, together with a report of the general financial condition of the Fund, shall be mailed to all of the members of the Fund.

ARTICLE VI
Member Meetings

Section 1.  Meetings. Meetings of the members of the Fund may be called at any time by the Chairman of the Board of Trustees or by a majority of the Trustees.

Section 2.  Notice of Meetings. Except as provided in this paragraph, written notice of meetings of the members of the Fund shall be given to each member by the Administrator of the Fund not less than ten (10) nor more than fifty (50) days prior to the date of such meeting. Such notice must be mailed, first class and postage prepaid, to each member entitled to vote at such meeting. The notice shall state the place, day, and hour of the meeting and shall also state the purpose for which the meeting is called and the general nature of the business to be transacted.

Section 3.  Waiver of Notice. Whenever any notice is required to be given to a member pursuant to applicable law or the By-Laws, a waiver thereof in writing signed by the members of the Fund entitled to such notice, whether before or at any point after the time for giving of the notice, shall be equivalent to the giving of the notice. The purpose for which the meeting is called and the general nature of the business to be transacted shall be stated in the waiver of notice.

Section 4.  Quorum. A majority of the members of the Fund constitutes a quorum for the transaction of business. A quorum for a particular matter shall include members who are represented by proxy or who have submitted an absentee ballot on that particular matter.

Section 5.  Voting. Each member is entitled to one vote on each and every matter submitted to a vote by the members. At all meetings, any member may vote either in person or by proxy executed in writing by the member. No proxy shall be valid more than eleven months after the date of execution. A member may also vote by absentee ballot on any particular matter of which the members of the Fund are entitled to vote.

#52079v5

3

The absentee ballot must contain a clear statement of the matter to which it pertains. The absentee ballot must be signed by the member and must be received by the Board of Trustees prior to the meeting at which the matter is to be voted upon by the members. All actions of the members of the Fund shall be by majority vote of the members present at a meeting, which shall include those members represented by proxy or who have submitted an absentee ballot, in which a quorum is present unless otherwise provided herein or required by applicable law.

ARTICLE VII
Board of Trustees

Section 1.  Number and Eligibility of Trustees.  The Board of Trustees of the Fund shall be composed of five or more members, or employees of members, of the Fund (referred to herein as "Trustees") as established by the Board of Trustees. Termination of a Trustee's status as a member, or as an employee of a member, of the Fund shall operate as a resignation of his office.

Section 2.  Election of Officers.  The Trustees, from their own membership, by a majority vote shall elect a Chairman and a Vice Chairman of the Board of Trustees. The Trustees may also elect a Treasurer and any additional officer or officers as they deem necessary. All officers so elected, shall serve at the pleasure of the Board of Trustees.

Section 3.  Election of Trustees.  The Trustees shall be elected by the members of the Fund in accordance with Section 5 of Article VII hereof. Newly elected Trustees will assume office on January 1 of each year following such election.

Section 4.  Vacancies.  Should a vacancy occur on the Board of Trustees prior to the expiration of a scheduled term of a Trustee, the remaining Trustees shall elect a replacement Trustee to serve the remainder of such term by a majority vote of such remaining Trustees.

Section 5.  Election Procedure.

(a)  The Board of Trustees shall nominate a candidate for each vacancy on the Board of Trustees occurring as a result of the expiration of the term of a Trustee. The Chairman of the Board of Trustees shall notify, in writing, the membership of the Fund of its choice of candidate(s) not less than thirty (30) days before December 31 of the Fund year in which such term expires. Any member of the Fund, or employee of a member of the Fund, may be nominated as a candidate for each such vacancy by a petition of thirty (30) voting members of the Fund. Any such petition must be received by the Chairman at least twenty (20) days prior to December 31 of such Fund year.

(b)  The Chairman shall conduct an election by mail ballot in which each member of the Fund will have one vote to cast for each Trustee position to be elected. The ballot shall indicate those nominations recommended by the Board of Trustees and those recommended by petition. Candidates receiving the highest number of votes for each office shall be declared elected. If, however, no nominations are made by petition, the Chairman shall cast a unanimous ballot for the candidates recommended by the Board of Trustees. Results of the election shall be announced no later than January 10 of the ensuing year.

Section 6.  Terms of Trustees.  The terms of Trustees shall be staggered, with one-third of the Trustees (or closest whole number with adjustment thereto every third year) being elected each year.

Section 7.  Per Diem.  The Trustees shall receive a per diem for their services as established by the Board of Trustees and which shall be in accordance with Sections 10-11-1 through 10-11-5 of the Code of Alabama, 1975, as amended from time to time.

Section 8.  Indemnity.  The Trustees shall be indemnified for all actions or failures to act in their capacity as Trustees to the full extent permitted by the laws of the State of Alabama.

Section 9.  Attendance; Voting.  Attendance of the Trustees at duly called meetings of the Board of Trustees is mandatory and absence by any Trustee from two consecutive meetings of the Board of Trustees shall result in the office of such Trustee being automatically declared vacant. Provided, however, that for good cause shown, by a majority vote of the Board of Trustees, such absence may be excused if the absent Trustee has voted by proxy. All actions of the Board of Trustees shall be based on a majority vote of the Trustees present, including those Trustees represented by proxy, at meetings in which a quorum is present unless otherwise required by statute or regulation.

Section 10.  Regular Meetings.  The Board of Trustees shall meet at least quarterly at a time and place specified by the Chairman of the Board of Trustees. Three (3) days written notice shall be given for such regular meetings stating the time and place of the meeting.

Section 11.  Special Meetings.  Special meetings of the Board of Trustees may be called without notice by the Chairman of the Board of Trustees, or in his absence, the Vice-Chairman, whenever there is business which needs to be addressed immediately provided that all Trustees execute a waiver of notice and consent to such meeting.

Section 12.  Quorum.  A quorum of the Trustees must be present at meetings of the Board of Trustees for the transaction of business. A majority of the Trustees shall constitute a quorum.

# ARTICLE VIII
## Powers and Duties of the Board of Trustees

Section 1.  General.  The Board of Trustees is empowered to direct the administration of the Fund and to transact all necessary functions in connection therewith.

Section 2.  Administration of the Fund.  The Board of Trustees shall supervise the business and property of the Fund, and shall take all necessary precautions to safeguard the administration of the Fund, and shall pronounce policy pertaining to the administration of the Funds. In addition, the Board of Trustees shall:

a. Appoint an Administrator of the Fund and fix his/her period of employment;

b. Retain legal counsel and accounting services as necessary to properly administer the Fund;

c. Appoint a Service Organization approved by the Alabama Department of Industrial Relations who will act according to a written contract between such Service Organization and the Fund;

d. Contract for re-insurance with the advice and direction of the Administrator and the Service Organization;

e. Employ the services of a loss control engineer to perform safety functions as necessary to properly administer the Fund;

f. Assure the safe and proper operation of the Fund by taking all necessary precautions in allowing only financially stable employers who are amenable to good safety practices to become members of the Fund;

g. Establish and/or maintain a retrospective rating plan (a "Retrospective Rating Plan") for the purpose of conserving reserves of the Fund and amend or modify the terms of each Retrospective Rating Plan from time to time as the Board of Trustees sees fit;

h. Establish and/or maintain a deductible endorsement plan; and

i. Take any and all other actions deemed necessary to ensure the efficient and proper operation and to safeguard the assets of the Fund.

6

#520793v5

---

Section 3.  Investment Advisors.  The Board of Trustees is empowered to engage investment advisors and to delegate any and all investment decisions with respect to the funds of the Fund to such investment advisors.

# ARTICLE IX
## Officers

Section 1.  Chairman of the Board of Trustees.  The Chairman of the Board of Trustees shall preside at meetings of the Board of Trustees and members of the Fund; shall have general supervision over the affairs of the Fund and over the activities of the other officers of the Fund; and shall perform such other acts and duties as are incident to his office. The Chairman of the Board of Trustees or other properly designated person(s) may sign contracts and/or checks when deemed necessary for the efficient operation of the Fund.

Section 2.  Vice Chairman.  The Vice Chairman of the Board of Trustees shall assist the Chairman in all matters pertaining to the Fund. He shall act in the absence or during the disability of the Chairman and shall perform duties as authorized by the Chairman.

Section 3.  Administrator.

(a) The Administrator shall issue notices of all meetings and shall attend and keep minutes of the same; shall maintain the Fund's books, records and papers and shall attest with his/her signature written contracts of the Fund. The Administrator may be designated to sign contracts and all checks of the Fund and perform other duties which are deemed by the Chairman of the Board of Trustees to be necessary for the efficient operation of the Fund. The Administrator shall be responsible for the duties as outlined in his/her job description and shall perform all other acts and duties as are necessary and incidental to his/her office and which are comparable to those of president of a corporation.

(b) The Administrator shall be solely responsible to the Chairman of the Board of Trustees for the operation of the Fund. The Administrator's responsibilities shall include supervision of the Service Organization, marketing, accounting, legal matters and investments of the Fund. All transactions regarding the Fund shall flow through the Administrator.

(c) The Administrator may be an employee of the Fund or a trade or professional association, but shall not be an employee of the Fund's Service Organization.

Section 4.  Treasurer.  The Treasurer, if so elected, shall supervise the handling of the funds and preparation of the budget, countersign checks, and render a financial statement of the Fund at each regular meeting of the Board of Trustees.

7

#520793v5

## ARTICLE X
### Finances and Dividends

Section 1.  **Accounts.**  Funds of the Fund shall be deposited in accounts of depository institutions designated by the Board of Trustees of the Fund: Such depository institutions may include, but are not limited to, banks, savings and loan institutions, credit unions, brokerage houses, and any and all other entities capable of accepting funds on deposit. Such accounts shall be designated as depositories of the Fund.

Section 2.  **Annual Budget.**  The Administrator shall prepare a budget for each Fund year and submit it to the Board of Trustees for its approval. The Trustees shall review the approved budget at the end of six months for necessary adjustments and/or revisions.

Section 3.  **Expenses of the Fund.**  The Fund or its Service Organization shall pay all claims and claims cost items, Service Organization fees, administrative fees, legal and accounting fees, reinsurance costs, bonding costs, state taxes and/or assessments, and any other expenses deemed necessary for the operation of the Fund.

Section 4.  **Retrospective Rating Plan.**  Retrospective returns to members of the Fund shall be made solely out of surplus funds of the Fund and shall be based solely upon a Retrospective Rating Plan approved by the Board of Trustees. All such retrospective returns shall be in accordance with the rules governing the method of operation of such Retrospective Rating Plan and the rules and regulations of the Alabama Department of Industrial Relations.

Section 5.  **Inspection of Books and Records.**  The books and records of the Fund maintained by the Administrator shall be open for inspection to any Trustee and to any member of the Fund, or their duly authorized agents, during normal working hours.

Section 6.  **Investments.**  Funds of the Fund not currently needed for obligations of the Fund may be invested only in those types of investments approved by the Director of the Alabama Department of Industrial Relations pursuant to the Alabama Department of Industrial Relations' rules and regulations governing Self-Insurer Funds.

## ARTICLE XI
### Audit

At the close of each Fund year, an audit shall be made of the books and of all accounts in the name of the Fund by a certified public accountant approved by the Board of Trustees. A written report of the final audit from such accountant indicating the assets, liabilities and fund balances, along with statements of revenues and expenditures, changes in fund balances and cash flows for the year ended must be submitted to the

#52079v5

8

Director of the Alabama Department of Industrial Relations within 180 days after the end of each such Fund year and within 60 days of the completion of such audit.

## ARTICLE XII
### Liability

The Fund and its members shall be jointly and severally liable to assume and discharge, by payment, any claim due to be paid, any settlement approved by the Fund and any judgment under the Alabama Workers' Compensation Law against the Fund or any of its members.

## ARTICLE XIII
### Dissolution

The Board of Trustees may for any reason, including the inability to maintain reinsurance as required by the Director of the Alabama Department of Industrial Relations, terminate the Fund upon giving thirty (30) days written notice to the Alabama Department of Industrial Relations and to the members of the Fund. Thereafter, the Board of Trustees, after payment of or provision for all claims, expenses and liabilities, shall distribute as soon as it deems practicable any remaining funds to the members of the Fund in proportion to the amounts contributed by them during the last full Fund year.

## ARTICLE XIV
### Amendment of the By-Laws

Section 1.  **By Members.**  The By-Laws may be amended by vote of three-fourths of the members of the Fund present at an annual or specially called membership meeting in which a quorum is present, provided that notice of the proposed amendment shall be given to the members of the Fund at least ten (10) days in advance of said meeting.

Section 2.  **By Board of Trustees.**  The By-Laws may also be amended by vote of three-fourths of the Trustees present at a regular meeting of the Board of Trustees in which a quorum is present, provided that notice of the proposed amendment has been read at the last regular or special meeting of the Board of Trustees preceding said action.

#52079v5

9

### ARTICLE XV
### Conflict of Interest

In the event that there is the appearance of a conflict of interest between a Trustee and the Fund on a matter, the Trustee with the conflict of interest shall be excused by the Chairman from any discussion of the matter, will not be considered a part of a quorum to act on the matter, and will not be allowed to participate in the vote on such matter.

ADOPTED this 23RD day of August 2001, by vote of the Board of Trustees.

ALABAMA SELF-INSURED
WORKER'S COMPENSATION FUND

_____
Chairman, Board of Trustees
W. E. Bullock, Jr.

ATTEST: _____
Administrator, Freda Bacon

#520793v5

10