IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALABAMA ASSOCIATED GENERAL CONTRACTORS, INC.; AUTOMOTIVE AFTERMARKET FUND; WORKERSFIRST COMPFUND; THE ALABAMA SELF-INSURED WORKER'S COMPENSATION FUND; THE HEALTHCARE WORKERS COMPENSATION SELF-INSURANCE FUND; THE ALABAMA WORKERS' COMPENSATION SELF-INSURANCE FUND; ALABAMA TRUCKING ASSOCIATION WORKER'S COMPENSATION SELF-INSURANCE FUND; and ASSOCIATION OF COUNTY COMMISSIONS SELF-INSURANCE FUND, <br><br>    Plaintiffs, <br><br>v. <br><br>PFIZER, INC., successor in interest to WARNER-LAMBERT COMPANY; DAVID REYNOLDS LONGMIRE; jointly and individually, <br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 2:06-cv-00523-MHT-VPM<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO STAY RULE 26(f) ORDER
PENDING RULING ON MOTION TO REMAND**

COME NOW the Plaintiffs, by and through undersigned counsel, and move the Court to stay its Rule 26(f) Order pending a ruling on the Plaintiffs' Motion to Remand, as follows:

1. Plaintiffs commenced this action in the Circuit Court of Montgomery County, Alabama, on May 8, 2006.

2. Pzifer removed the action to this Court on June 12, 2006, alleging diversity-of-

citizenship jurisdiction under 28 U.S.C. § 1332.

3. On June 16, 2006, this Court issued a Rule 26(f) Order, which among other things orders the parties to meet and file a report pursuant to Fed. R. Civ. Proc. 26(f) no later than July 5, 2006.

4. Concurrently with the filing of this Motion, Plaintiffs have filed a Motion to Remand this action to state court. If the Motion to Remand is granted, the Rule 26(f) Order will no longer apply to this case. As such, compliance with the Rule 26(f) Order would require the parties to expend considerable time and effort which would not carry over to state court and would be wasted if this case is remanded.

5. This case is complex. Plaintiffs are workers'-compensation third-party payors who allege that they would not have paid for a prescribed pharmaceutical, Neurontin, had they known the true facts about the drug which Defendants misrepresented and suppressed. The preparation of a joint report of the parties pursuant to Rule 26(f) will constitute a major undertaking.

6. Plaintiffs therefore submit that the Rule 26(f) Order should be stayed pending a determination of Plaintiffs' Motion to Remand.

WHEREFORE, the premises considered, Plaintiffs move the Court to stay the operation of the Rule 26(f) Order entered in this case pending a determination of Plaintiffs' Motion to Remand this action to state court.

                Respectfully submitted,

                /s/ W. Lloyd Copeland
                STEVEN A. MARTINO   (MAR057)
                W. LLOYD COPELAND   (COP006)

**OF COUNSEL:**
TAYLOR ✦ MARTINO ✦ KUYKENDALL
Post Office Box 894
Mobile, AL 36601-0894
(251) 433-3131
stevemartino@tmklegal.com
lloyd@tmklegal.com

    /s/ Charles H. Dodson
CHARLES H. DODSON   (DOD006)
JOSEPH D. STEADMAN  (STE084)

**OF COUNSEL:**
DODSON & STEADMAN, P.C.
Post Office Box 1908
Mobile, AL 36633-1908
(251) 690-9300
chd@dodsonsteadman.com
jds@dodsonsteadman.com

    /s/ Gregory C. Cook
GREGORY C. COOK   (COO038)

**OF COUNSEL:**
BALCH & BINGHAM, LLP
1901 6TH Avenue North
Suite 2600
Birmingham, Alabama 35203
(205) 251-8100
gcook@balch.com

    /s/ Robert R. Riley, Jr.
ROBERT R. RILEY, JR.   (RIL012)

**OF COUNSEL:**
RILEY & JACKSON, P.C.
1744 Oxmoor Road
Birmingham, Alabama 35209
(205) 879-5000
rob@rileyjacksonlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 26, 2006, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brian A. Wahl, Esq.
Fred M. Haston, III, Esq.
Andrew B. Johnson, Esq.

and by placing a copy of same in the United State Mail, first-class postage prepaid and addressed to his regular mailing address to the following:

David Reynolds Longmire, M.D.
13150 Highway 43
Russellville, AL 35653

                                              /s/ W. Lloyd Copeland
                                              W. LLOYD COPELAND