IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALABAMA ASSOCIATED           )
GENERAL CONTRACTORS, INC.,   )
et al.,                      )
                             )
    Plaintiffs,              )
                             )      CIVIL ACTION NO.
    v.                       )      2:06cv523-MHT
                             )
PFIZER, INC., etc., and      )
DAVID REYNOLDS LONGMIRE,     )
etc.,                        )
                             )
    Defendants.              )
```

ORDER

It is ORDERED as follows:

(1) The motion for expedited ruling (doc. no. 9) is denied.

(2) The motion to remand (doc. no. 7) is set for submission, without oral argument, on July 26, 2006, with all briefs due by said date.

DONE, this the 27th day of June, 2006.

                /s/ Myron H. Thompson
           UNITED STATES DISTRICT JUDGE