IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALABAMA ASSOCIATED          )
GENERAL CONTRACTORS, INC.,  )
et al.,                     )
                            )
    Plaintiffs,             )
                            )    CIVIL ACTION NO.
    v.                      )    2:06cv523-MHT
                            )
PFIZER, INC., etc., and     )
DAVID REYNOLDS LONGMIRE,    )
etc.,                       )
                            )
    Defendants.             )
```

### ORDER

Counsel for defendants having orally informed the court that the defendants have no objection, it is ORDERED that the motion to stay Rule 26(f) order (doc. no. 10) is granted.

DONE, this the 28th day of June, 2006.

```
                    /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE
```