IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALABAMA ASSOCIATED         )
GENERAL CONTRACTORS, INC., )
et al.,                    )
                           )
    Plaintiffs,            )
                           )    CIVIL ACTION NO.
    v.                     )    2:06cv523-MHT
                           )
PFIZER, INC., etc., and    )
DAVID REYNOLDS LONGMIRE,   )
etc.,                      )
                           )
    Defendants.            )
```

ORDER

Based upon the consent to remand (doc. no. 13), it is the ORDER, JUDGMENT and DECREE of the court as follows:

(1) The motion to remand (doc. no. 7) is granted.

(2) This cause is remanded to the Circuit Court of Montgomery County, Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

DONE, this the 25th day of July, 2006.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE